791 A.2d 212

IN THE MATTER OF COLLEEN MARY COMERFORD,
AN ATTORNEY AT LAW.

February 28, 2002.

## O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 01–055, concluding that as a matter of reciprocal discipline, **COLLEEN MARY COMERFORD** of **RADNOR, PENNSYLVANIA**, who was admitted to the bar of this State in 1988, and who was temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b)(1), by Order of the Court filed on January 26, 2001, and who remains suspended at this time, should be suspended from practice for a period of three years, respondent having been disciplined in the Commonwealth of Pennsylvania based on her conviction of five counts of forgery in violation of 18 *Pa.C.S.A.* 4101(a)(2) and five counts of tampering with records in violation of 18 *Pa.C.S.A.* 4104(a);

And respondent having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **COLLEEN MARY COMERFORD** is suspended from the practice of law for a period of three years and until the further Order of the Court, retroactive to January 26, 2001; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.